# MINUTE ORDER

Page 3

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6     Date: 10/28/2019   Time: 2:00 p.m.

Defendant: 2) CRISTIAN VALENCIA MENDOZA   J#: 18427-104   Case #: 19-3705-MJ-BECERRA

AUSA: Michael Thakur    Attorney: _____

Violation: POSS/CONTROLLED SUBSTANCE ON BOARD VESSEL WARR/COMPLAINT/D/V    Surr/Arrest Date: 10/27/2019   YOB: 1993

Proceeding: Initial Appearance    CJA Appt: David Donet, Jr ✓

Bond/PTD Held: ○ Yes ○ No    Recommended Bond: _____

Bond Set at: _____    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
- Deft advised of rights
- Deft sworn
- Court appts CJA
- Gvt seeks PTD

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
(PTD) Bond Hearing: 10/31   10a   Duty   MIA
Prelim/Arraign or (Removal): 10/31   "   "   "
Status Conference RE: _____
D.A.R. 14:11:25 / 14:35:07    Time in Court: 7 min

s/Jacqueline Becerra    Magistrate Judge